UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE LOPEZ, | : |
| Plaintiff, | : |
| | : Civil Action No. 10-3518 (KM) |
| v. | : |
| HONEYWELL INT'L INC. et al., | : ORDER |
| Defendants. | : |

This matter having come before the Court by way of a telephone conference on March 22, 2016, to discuss the deficiencies in the draft Final Pretrial Order submitted by the parties;

and for the reasons set forth on the record during the March 22, 2016 telephone conference;

and for good cause shown;

**IT IS on this 22nd day of March, 2016,**

**ORDERED** that the parties shall have until **June 30, 2016** to correct the deficiencies and submit to the Court a revised draft Final Pretrial Order; and it is further

**ORDERED** that the Final Pretrial Conference is set for **September 8, 2016 at 10:00 a.m.**

*s/ Michael A. Hammer*
**United States Magistrate Judge**